**FILED**
CLERK, U.S. DISTRICT COURT

9/15/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown DEPUTY

1
2
3
4
5
6
7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,   )   Case No.: 5:22-mj-00575-DUTY
11                                      )
               Plaintiff,  )   ORDER OF DETENTION PENDING
12                                      )   FURTHER REVOCATION
          v.           )   PROCEEDINGS
13                                      )   (FED. R. CRIM. P. 32.1(a)(6); 18
Gustavo Alejandro Ortiz,    )   U.S.C. § 3143(a)(1))
14                                      )
            Defendant.  )
15 _____)

16          The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the Southern_____ District of

18  California_____ for alleged violation(s) of the terms and conditions of probation

19  or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A.  (×)   The defendant has not met his/her burden of establishing by clear and

23               convincing evidence that he/she is not likely to flee if released under 18

24               U.S.C. § 3142(b) or (c).  This finding is based on the following:

25               (×)   information in the Pretrial Services Report and Recommendation

26               (×)   information in the violation petition and report(s)

27               ( )   the defendant's nonobjection to detention at this time

28               (×)   other: Dual citizenship, Ties to foreign country, Substance abuse,
                          Unverified background information.

1

1    and/ or

2    B. (✕)    The defendant has not met his/her burden of establishing by clear and

3              convincing evidence that he/she is not likely to pose a danger to the safety

4              of any other person or the community if released under 18 U.S.C.

5              § 3142(b) or (c).  This finding is based on the following:

6              (✕)    information in the Pretrial Services Report and Recommendation

7              (✕)    information in the violation petition and report(s)

8              ( )    the defendant's nonobjection to detention at this time

9              (✕)    other: Criminal history, New criminal conduct, Violations of

10                    probation and parole, Substance abuse

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated: September 15, 2022

15                                    _____
                                      KENLY KIYA KATO
                                      UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2